1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOYAN FOLAMI,                                         No. C -12-03474 EDL

        Plaintiff,                              **SUA SPONTE JUDICIAL REFERRAL**
                                                      **FOR PURPOSES OF DETERMINING**
  v.                                              **RELATIONSHIP OF**
                                                      **CASES**
INTERNAL REVENUE SERVICE,

        Defendant.
_____/

      Pursuant to Civil Local Rule 3-12(c), this Court, <u>sua sponte</u>, refers the above-captioned case,

filed on July 2, 2012, to the Honorable Judge Jeffrey S. White to consider whether this case

is related to <u>Folami v. United States District Court, Northern District of California</u>, C-12-3099 JSW.

Any party may file any response in opposition to or in support of relating the cases within seven (7)

calendar days of the date of this Order.

      IT IS SO ORDERED.

Dated: September 11, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge