**United States District Court**
For the Northern District of California

1
2
3
4
5      IN THE UNITED STATES DISTRICT COURT
6      FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   TOYAN FOLAMI,                                    No. C -12-03474 EDL
9            Plaintiff,                              **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**
10     v.
11  INTERNAL REVENUE SERVICE,
12           Defendant.
                                              /
13
14         Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case,
15  filed on July 2, 2012, to the Honorable Judge Jeffrey S. White to consider whether this case
16  is related to Folami v. United States District Court, Northern District of California, C-12-3099 JSW.
17  Any party may file any response in opposition to or in support of relating the cases within seven (7)
18  calendar days of the date of this Order.
19         IT IS SO ORDERED.
20  Dated: September 11, 2012
                                                     _____
21                                                   ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge