IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYAN FOLAMI, | |
| Plaintiff, | No. C 12-03474 JSW |
| v. | |
| INTERNAL REVENUE SERVICE, | **ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** |
| Defendant. | |

On January 23, 2013, upon granting Defendant's motion to dismiss, the Court dismissed this matter. On February 6, 2013, this Court received notice of appeal and what appears to be an application to proceed *in forma pauperis* on appeal. *See* Fed. R. App. P. 24(a). 28 U.S.C. 1915(a)(3) provides that an appeal may not be taken *in forma pauperis* if the district court certifies that it is taken in bad faith. The Court concludes that the appeal is not taken in good faith and DENIES the application to proceed *in forma pauperis* on appeal.

**IT IS SO ORDERED.**

Dated: February 13, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TOYAN FOLAMI,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE et al,

    Defendant.
_____/

Case Number: CV12-03474 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Toyan Folami
1050 7th Street, #1007
Oakland, CA 94607

Dated: February 13, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk